IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

NYSHON JYRELLE BENNETT,

     Appellant,

  v.

                                            Case No.  5D22-1759
                                            LT Case No. 2020-304400-CFDB

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed March 7, 2023

Appeal from the Circuit Court
for Volusia County,
Karen A. Foxman, Judge.

Matthew J. Metz, Public Defender, and
George D.E. Burden, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Whitney Brown
Hartless, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

LAMBERT, C.J., WALLIS and HARRIS, JJ., concur.